# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

## Certification of Death

State File Number: **393195-2025**

Disposition Permit Number: **E092864**

Decedent's Legal Name: **Chaofeng Ge**

Alias: **Not Applicable**

Age: **32 Years**

Date of Birth: **November 04, 1992**

Birthplace: **China**

Date of Death: **August 05, 2025**

Social Security Number: **Unknown**

Sex: **Male**

Ever in US Armed Forces: **No**

Marital Status at Time of Death: **Unknown**

Residence Address: **555 Geo Dr**
**Philipsburg, Pennsylvania 16866-8139**

Residence County: **Clearfield**

Parent's Name: **Yang Chongen**

Surviving Spouse's Name: **Not Applicable**

Parent's Name: **Ge Xuefen**

Informant's Name: **Yanfeng Ge**

Informant's Relationship to Decedent: **Brother**

Place of Death: **Moshannon Valley Processing Center**
**555 Geo Dr**

City or Town, State, and Zip Code: **Philipsburg, Pennsylvania 16866-8139**

County of Death: **Clearfield**

Method of Disposition: **Cremation**

Place of Disposition: **Beardsley Funeral Home & Crematory**

Location of Disposition: **Clearfield, PA 16830**

Date of Disposition: **September 08, 2025**

Time of Death: **Pronounced: 6:02 AM**

Funeral Director: *Brockton Shaffer (Electronically Signed)*

Name and Address of Funeral Facility: **PA Simple Cremation LLC**
**113 N 3rd St Clearfield, PA 16830-2522**

### PART I. Cause of Death:

Immediate Cause → a. **Hanging**  Approximate Interval Onset to Death: **minutes**

b. <<<>>>  <<<>>>

c. <<<>>>  <<<>>>

d. <<<>>>  <<<>>>

### PART II. Other Significant Conditions Contributing to Death:
<<<>>>

Was an Autopsy Performed? **Yes**

Were Autopsy Findings Available to Complete Cause of Death? **Yes**

Date of Injury: **August 05, 2025**

Time of Injury: **Approx.: 5:00 AM**

Place of Injury: **Moshannon Valley Processing Center**

Injury at Work: **No**

Location of Injury: **555 Geo Dr**
**Philipsburg, Pennsylvania 16866-8139**

Describe How Injury Occurred: **Suicide by Hanging**

If Transportation Injury, Specify: **Unrecorded**

Pregnant at Time of Death: **Not Applicable**

Manner of Death: **Suicide**

Did Tobacco Use Contribute to Death? **No**

Education: **Unknown**

Hispanic Origin: **No, not Spanish/Hispanic/Latino**

Decedent's Race: **Chinese**

Usual Occupation: **unknown**

Kind of Business/Industry: **unknown**

Certifier's Name & Title: *Kim Shaffer Snyder Coroner (Electronically Signed)*
Address: **230 E Market St, Ste 107 Clearfield, PA 16830-2448**

Date Certified: **August 11, 2025**

Registrar's Name/District Number: *Margaret Patt (Electronically Signed)*   **17-179**

Date Filed: **September 08, 2025**

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

SEP / 08 2025
Date Issued

Local Registrar

*Lisa A. Hasselbrook*
Lisa A. Hasselbrook
State Registrar

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

L 921130134

H105.805.1   REV (8/20)