## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26ᵀᴴ FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:
212-277-5825
drankin@blhny.com

August 18, 2025

VIA ~~FEDEX~~ USPS

# *** <u>NOTICE TO PRESERVE</u> ***

**Moshannon Valley Processing Center (MVPC)**
555 GEO Drive
Philipsburg, PA 16866

    Re:    **Notice to Preserve all records and materials related to Chaofeng Ge, DOB: 11/04/1992, DOD: 08/05/2025**

Dear To Whom It May Concern:

    My office represents the family of decedent Chaofeng Ge, referred to here as "Mr. Ge." On or about August 5, 2025, Mr. Ge committed suicide in Moshannon Valley Processing Center ("MVPC"). We anticipate litigation, and accordingly, hereby put you on notice to preserve any and all materials, documents, media, recordings, records, and electronically stored information regarding Mr. Ge for any period(s) of time he was in Immigration and Customs Enforcement ("ICE") custody from January 23, 2025 to present.

    This includes:

        a.    The full names of any ICE, GEO Group, MVPC, and/or other employees who were on duty at the MVPC on August 5, 2025,

        b.    The full names of any ICE, GEO Group, MVPC, and/or other employees who were on duty at the MVPC on August 5, 2025 who were present for or responded to the incident involving Mr. Ge;

        c.    Any and all video recordings that capture Mr. Ge, particularly for the date of August 5, 2025, including but not limited to:

BELDOCK LEVINE & HOFFMAN LLP

August 18, 2025
Page 2

    i. Any and all video recordings which capture the incident involving Mr. Ge;
    ii. Any and all video recordings which capture the aftermath of the incident involving Mr. Ge, including any medical response;
    iii. Any and all video recordings of Mr. Ge's exit from MVPC;

  d. Any and all video recordings that capture MVPC employees responding or not responding to the incident involving Mr. Ge on August 5, 2025;

  e. Any and all documents received from any Outside agencies, including but not limited to Dauphin County Prison, concerning Mr. Ge;

  f. Any and all medical evaluations and intake documents for Mr. Ge;

  g. Any and all log book entries, including but not limited to:

    i. intake post logs;
    ii. intake new admission tracking log;
    iii. clinic new admission logs;
    iv. clinic post logs;
    v. emergency health care referral log books;
    vi. housing log books;
    vii. crime scene log books;
    viii. transfer log books;
    ix. daily/shift log books; and
    x. supervising officers' log books;

  h. Any and all records maintained by MVPC on Mr. Ge. This includes but is not limited to:

    i. ICE Talton Tablets;
    ii. correctional records, including but not limited to custodial and legal files;
    iii. incident report forms;
    iv. records on transfers;
    v. security risk group/Gang Intelligence Unit records;
    vi. search records;
    vii. disciplinary records;
    viii. grievance records;
    ix. requests for medical or mental health attention/appointments;
    x. intake records;
    xi. classification records;
    xii. movement records;
    xiii. placement records;
    xiv. housing records;

August 18, 2025
Page 3

       xv.   program records;
       xvi.   visit records;
       xvii.   escort records;
       xviii.   transport records;
       xix.   discharge planning records;
       xx.   security records;
       xxi.   law enforcement records;
       xxii.   probation and parole records;
       xxiii.   Chaplain's Report;
       xxiv.   Incident Photos;
       xxv.   rehabilitation records; and
       xxvi.   medical records – including mental health records;

   i.   Any and all investigation records regarding the August 5, 2025 incident in which Mr. Ge committed suicide. This includes but is not limited to:

       i.   Inmate Statements;
       ii.   Unusual Incident Reports;
       iii.   Incident Reports;
       iv.   Injury to Inmate;
       v.   Audio recordings of witness interviews;
       vi.   Video recordings of witness interviews;
       vii.   Use of force reports and attachments;
       viii.   Investigation reports;
       ix.   Any preliminary reports;
       x.   Any preliminary investigative reports;
       xi.   Any video or audio records of location of incident;
       xii.   Correspondence informing the ICE Chain of Command;
       xiii.   Correspondence informing the ICE Investigation Division, ICE Office of Personal Responsibility, or any other internal investigative departments;
       xiv.   Correspondence informing any other Outside agencies, including but not limited to Dauphin County Prison;
       xv.   The complete ICE investigation file inclusive of all reports, case logs, attachments, interview recordings, internal department correspondences regarding the investigation, and external correspondences with other agencies regarding the investigation; and
       xvi.   The complete ICE Health Service Corps and/or any other medical file inclusive of all reports, case logs, attachments, interview recordings, internal department correspondences regarding the investigation, and external correspondences with other agencies regarding the investigation;

   j.   Any and all disciplinary files and records of MVPC personnel in connection with the August 5, 2025 incident in which Mr. Ge committed suicide. Including but not limited to:

August 18, 2025
Page 4

      i.    Personnel disciplinary files;
      ii.   Employee performance services report;
      iii.  Memorandum of complaints against employees;
      iv.  Employee performance service reports;
      v.   Notices of Pleading and Hearings;
      vi.  Overtime Reports;
      vii.  Notices of Suspension;
      viii. Charges and Specifications;
      ix.  Notices to Appear before the ICE Office of Professional Responsibility or any other internal investigative agency;
      x.   Negotiated Plea Agreements;
      xi.  Probation Agreement Forms; and
      xii. All records regarding ICE Office of Professional Responsibility (OPR) trials.

k.    Any and all materials, media, documents, and/or electronically stored information connected with the August 5, 2025 incident in which Mr. Ge committed suicide that was not captured by the above-listed items;

l.     The full names of any MVPC and/or ICE employees who were suspended in connection with this incident;

m.   The length of the suspension of employees identified in (l);

n.    Justification for returning the employees identified in (l) back to work, if they returned to employment.

If you have any questions or concerns regarding this matter, please contact me.

Please confirm receipt of this letter and that all preservation efforts have been made. In addition, to ensure that the requested preservation is as complete as possible, please forward a copy of this letter to all persons or entities within Immigration and Customs Enforcement and/or Moshannon Valley Processing Center with custodial responsibilities for the items referred to herein. Thank you for your prompt attention to this matter.

Best,

David B. Rankin, Esq.
*Partner*

BELDOCK LEVINE & HOFFMAN LLP

August 18, 2025
Page 5

BELDOCK LEVINE & HOFFMAN
212-277-5825
drankin@blhny.com

# PRIORITY MAIL EXPRESS™

**PRIORITY MAIL EXPRESS 2-DAY™**

US POSTAGE PAID IMI
08/18/2025
From 10016
Zone 3

Pitney Bowes
CommPrice
Flat Rate Envelope

028W0002312050
2000258041

Scheduled Delivery Date: 08/20/2025

**0007**

**R004**

BELDOCK LEVINE & HOFFMAN LLP
99 Park Ave, Fl 26
New York NY 10016-1340

WAIVER OF SIGNATURE

MOSHANNON VALLEY PROCESSING CENTER
555 GEO DR
PHILIPSBURG PA 16866-8139

USPS TRACKING #

9470 1401 0515 6000 5185 73

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.

UNITED STATES POSTAL SERVICE®

EP13F July 2013  OD: 12.5 x 9.5
PS10001000006

EMS

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

OUR FASTEST SERVICE IN THE U.S.

This envelope is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.