# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9405540109628000935358

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:19 pm on September 15, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20536
September 15, 2025, 1:19 pm

### Arrived at Post Office
WASHINGTON, DC 20018
September 15, 2025, 5:29 am

### In Transit to Next Facility
September 14, 2025

### Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER
September 10, 2025, 12:36 pm

### Arrived at USPS Regional Origin Facility
NEW YORK NY DISTRIBUTION CENTER
September 9, 2025, 7:58 pm

### Accepted at USPS Origin Facility

Feedback

NEW YORK, NY 10016
September 9, 2025, 6:43 pm

**Shipping Label Created, USPS Awaiting Item**
NEW YORK, NY 10016
September 9, 2025, 3:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]