

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 13, 2026

**Via ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *YanFeng Ge v. Immigration and Customs Enforcement*, 25 Civ. 9430 (NRB)

Dear Judge Buchwald:

      This Office represents the United States of America (the "Government") in this action brought by YanFeng Ge ("Plaintiff") under the Freedom of Information Act ("FOIA"). Through this FOIA action, Plaintiff seeks information surrounding his brother's detention and death at an Immigration and Customs Enforcement ("ICE") facility. I write respectfully to request a 30-day extension of time for the Government to respond to the Complaint, from January 15, 2026, to February 17, 2026. The reason for this request is that I need additional time to obtain relevant information from and discuss the matter with ICE and to prepare ICE's response to the Complaint. Counsel for Plaintiff consents to this request. This is the Government's first request for an extension to respond to the Complaint.

      I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Jonaki Singh*
Jonaki Singh
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov
*Attorney for Defendant United States of America*

Application granted.
**So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
       January 14, 2026

cc: Plaintiff's counsel (via ECF)