**UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

YANFENG GE,

                    Plaintiff                                         Civil Action No. 25-9430

          v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

and

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

 

      **IT IS HEREBY NOTICED** by Plaintiff Yanfeng Ge pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure this action is hereby dismissed *without* prejudice against IMMIGRATION AND CUSTOMS ENFORCEMENT, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY.

Dated:  February 17, 2026
        New York, New York

 

                                       BELDOCK LEVINE & HOFFMAN, LLP

By:_____
         David B. Rankin
         99 Park Avenue, PH/26th Floor
         New York, New York 10016
         t: 212-277-5825
         e: drankin@blhny.com
         *Attorneys for Plaintiff*